**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EVAL CESAIRE,

    Plaintiff,

v.                                                      Case No.: 6:15-cv-01886-JA-DAB

MEDICAL SERVICES, INC.,

    Defendant.

---

**NOTICE OF PENDING SETTLEMENT**

---

**PLAINTIFF,** EVAL CESAIRE, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, EVAL CESAIRE, and Defendant, MEDICAL SERVICES, INC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 1st day of December, 2016, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                                */s/ Amanda J. Allen*
                                                Amanda J. Allen, Esquire
                                                Florida Bar No.: 0098228
                                                THE CONSUMER PROTECTION FIRM, PLLC
                                                210A South MacDill Avenue
                                                Tampa, FL 33609
                                                Telephone: (813) 500-1500
                                                Facsimile: (813) 435-2369
                                                Billy@TheConsumerProtectionFirm.com
                                                Amanda@TheConsumerProtectionFirm.com
                                                *Attorneys for Plaintiff*